FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

APR 27 2012

JAMES N. HATTEN, Clerk

By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHARLES WOLFE, | ) |
| Plaintiff, | ) Civil Action File |
| vs. | ) No. 1:12-cv-00524-JOF |
| COMBINED INSURANCE COMPANY OF AMERICA, | ) |
| Defendant. | ) |

## ORDER

The Court, having considered the Parties' Joint Motion to Stay Proceedings Pending Arbitration, and for good cause shown,

**IT IS HEREBY ORDERED** that the Parties' Joint Motion is **GRANTED**. The Court further **ORDERS** that this case be **STAYED** pending resolution of Plaintiff's claims through binding arbitration in accordance with the ACE Employment Dispute Arbitration Policy and ACE Employment Dispute Arbitration Rules and Procedures.

Dated: April 27, 2012.

_____
The Honorable J. Owen Forrester
Senior United States District Judge