THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHARLES WOLFE,<br><br>    Plaintiff,<br><br>v.<br><br>COMBINED INSURANCE COMPANY OF AMERICA<br><br>    Defendant. | CIVIL ACTION NO. 1:12-CV-00524-JOF |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Charles Wolfe and Defendant Combined Insurance Company of America hereby stipulate to the dismissal of the above-styled civil action, with prejudice. Each party will bear its own fees and costs.

1

Respectfully submitted this 29th day of May, 2013.

| | |
|---|---|
| */s/ Larry A. Pankey* | */s/ Cameron S. Pierce* |
| Larry A. Pankey, Esquire | Cameron S. Pierce |
| PANKEY & HORLOCK, LLC | Georgia Bar No.: 578680 |
| 4360 Chamblee Dunwoody Road | LITTLER MENDELSON, P.C. |
| Suite 500 | 3344 Peachtree Road, N.E. |
| Atlanta, Georgia  30331 | Suite 1500 |
| Tel:  770-670-6250 | Atlanta, Georgia  30326 |
| Fax: 770-670-6249 | Telephone: (404) 233-0330 |
| Email: lpankey@pankeyhorlock.com | Facsimile : (404) 233-2361 |
| | Email:  cpierce@littler.com |
| Attorney for Plaintiff | |
| CHARLES WOLFE | Attorney for Defendant |
| | COMBINED INSURANCE |
| | COMPANY OF AMERICA |

THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHARLES WOLFE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>COMBINED INSURANCE COMPANY OF AMERICA<br><br>　　　　Defendant. | CIVIL ACTION NO. 1:12-CV-00524-JOF |

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of May, 2013, I electronically filed the foregoing *Joint Stipulation of Dismissal With Prejudice* with the Clerk of Court using the Court's CM/ECF system, which automatically will send email notification of such filing to the following attorney of record:

Larry A. Pankey, Esquire
Pankey & Horlock, LLC
4360 Chamblee Dunwoody Road
Suite 500
Atlanta, Georgia  30331
Email: lpankey@pankeyhorlock.com

　　　　　　　　　　　　　　　　　　*/s/ Cameron S. Pierce*
　　　　　　　　　　　　　　　　　　Cameron S. Pierce
　　　　　　　　　　　　　　　　　　Counsel for Defendant

Firmwide:120448173.1 060716.1019

1